United States District Court
Southern District of Texas
**ENTERED**
February 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANAMILENA ALKHALILI, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-4086 |
| | § | |
| ERIK LANEY and SANTANDER CONSUMER USA, | § | |
| | § | |
| Defendants. | § | |

# DISMISSAL ORDER

The pro se plaintiff, Anamilena Alkhalili, sues Erik Laney and Santander Consumer USA for breach of contract. Alkhalili alleges that the contract required the defendants to "give my securities," and that the defendants breached by "not accept[ing] my performance of Bill of Exchange." (Docket Entry No. 1 at 4). Alkhalili alleges that all parties are Texas citizens. (Docket Entry No. 1-1 at 1). Alkhalili does not allege any facts supporting an inference that the amount in controversy is over $75,000. (Docket Entry No. 1 at 2).

Because Alkhalili brings only state law claims and does not allege complete diversity or an amount in controversy over $75,000, her complaint fails to state a basis for subject-matter jurisdiction. *See* 28 U.S.C. § 1332. Even if Alkhalili were able to replead to allege facts supporting diversity jurisdiction, amendment would be futile because her claims are facially frivolous. This case is dismissed with prejudice.

SIGNED on February 9, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge